# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | : CIVIL ACTION NO. |
| Plaintiffs, | : 3:06-CV-01405 (JBA) |
| v. | : |
| ANTHONY J. PALERMINO, et al., | : |
| Defendants. | : |
| | : NOVEMBER 6, 2006 |

## CORPORATE DISCLOSURE STATEMENT

In accordance with the order of this Court and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Verizon New York Inc. respectfully submits this Corporate Disclosure Statement. Verizon New York Inc. is a wholly-owned, indirect subsidiary of the publicly traded company Verizon Communications Inc. Further, there are no publicly traded owners of more than 10% of Verizon Communications Inc.

By   /s/ Terence J. Gallagher
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300 – Telephone
(203) 977-7301 – Facsimile
tjgallagher@dbh.com – E-mail

71369303.1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 6, 2006, a copy of an appearance on behalf of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ Terence J. Gallagher
Terence J. Gallagher (ct22415)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901
Phone:  (203) 977-7300
Fax:     (203) 977-7301

71369303.1